IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROBERT CARLOS SALGUERO**                                              **PLAINTIFF**

V.                           **CASE NO. 5:19-CV-05022**

**MATTHEW G. WHITAKER, Acting Attorney**
**General of the United States, et al.**                                **DEFENDANTS**

## ORDER

Now before the Court is an unopposed Motion for Remand (Doc. 10). According to the allegations in the Complaint (Doc. 1), the Court obtained exclusive jurisdiction over the matter of Plaintiff's naturalization application when, pursuant to 8 U.S.C. § 1447(b), the United States Citizenship and Immigration Services ("USCIS") failed to issue a decision on the application within 120 days of Plaintiff's naturalization interview. Also pursuant to Section 1447(b), this Court retains the authority to remand the matter back to USCIS for a final decision on the application at any time. The United States advises in its Motion for Remand that USCIS has now completed its review of Plaintiff's application and is prepared to issue its decision. In view of the agency's expertise in the matter and the parties' agreement to remand the case, the Motion for Remand (Doc. 10) is **GRANTED**.

**IT IS THEREFORE ORDERED** that the case is immediately **REMANDED** to the United States Citizenship and Immigration Services for a decision on Plaintiff's naturalization application. This case is **CLOSED**.

**IT IS FURTHER ORDERED** that if the agency fails to make a timely decision on the application **within 60 days** of the entry of this Order, either party may move to reopen the case.

**IT IS SO ORDERED** on this 11th day of April, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE